IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
<u>MCALLEN</u> DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 15-70561 |
| HECTOR DE LA ROSA | § | |
| TERRI DE LA ROSA | § | |
|    Debtors | § | CHAPTER 13 |

**DEBTORS' NOTICE OF VOLUNTARY CONVERSION OF BANKRUPTCY CASE FROM CHAPTER 13 TO CHAPTER 7**

TO THE HONORABLE EDUARDO V. RODRIGUEZ

  COME NOW, Debtor Hector De La Rosa and Debtor Terri De La Rosa (collectively, the "Debtors"), and file this Notice of Voluntary Conversion of Bankruptcy Case From Chapter 13 to Chapter 7 (the "Notice"), pursuant to 11 U.S.C. §1307(a), 11 U.S.C. §109(e), and Federal Bankruptcy Rule of Procedure 1017(f)(3), and in support thereof, would show as follows:

### A. Facts

  1. Debtors filed their petition under Chapter 13 of Title 11 of the United States Code on November 2, 2015 (the "Filing Date").

  2. The Chapter 13 Trustee for this case is: Cindy Boudloche.

  3. The additional filing fee is being paid concurrently with the filing of this Notice.

  4. This Notice is filed in good faith.

  5. The Debtors are eligible for relief under Chapter 7 of Title 11 of the United States Code.

  6. On November 16, 2015, the Debtors filed their Motion to Extend Deadline to File Schedules or Provide Required Information [Doc. 10] seeking to extend the

deadline to file their Schedules and Statement of Financial Affairs to December 7, 2015. Debtors anticipate filing their chapter 7 Schedules prior to that date.

### B. Notice of Conversion Does Not Require Entry of Order

7. Federal Rule of Bankruptcy Procedure 1017(f)(3) provides that a "chapter 13 case shall be converted without court order when the debtor files a notice of conversion under section 1307(a)."

8. Under Rule 1017(f)(3), the filing date of this Notice becomes the date of the conversion order for purpose of applying section 348(c) and Rule 1019.

FOR THESE REASONS, Debtors provide this Notice to all parties in interest and creditors of record.

Signed on the 30th day of November 2105.

Respectfully submitted,

By: /s/ Jana Smith Whitworth
Jana Smith Whitworth
State Bar No. 00797453
Federal I.D. No. 20656
jwhitworth@mybusinesslawyer.com

OF COUNSEL:
VILLEDA LAW GROUP
6316 North 10th Street, Building B
McAllen, Texas 78504
(956) 631-9100 Telephone
(956) 631-9146 Fax

### CERTIFICATE OF SERVICE

I certify that on November 30, 2015, a copy of the aforementioned was sent to the following and all creditors in the manner indicated:

Cindy Boudloche                               Via ECF
Chapter 13 Trustee
555 N. Carancahua, Ste 600
Corpus Christi, Texas 78401

| | |
|---|---|
| Diane W. Sanders<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. Box 17428<br>Austin, Texas 78760<br>Attorneys for City of McAllen, Hidalgo County,<br>Hidalgo County & Irrigation District #1,<br>South Texas College | Via ECF |
| John Banks<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>3301 Northland Drive, Suite 505<br>Austin, Texas 78731<br>Attorneys for City of Weslaco, Weslaco ISD | Via ECF |
| Eddie R. Jimenez<br>ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>San Diego, CA 92177<br>Attorneys for Ocwen Loan Servicing, LLC | Via ECF |
| Propel Financial Services<br>P.O. Box 844319<br>Dallas, Texas 75284 | Via U.S.P.S. – First Class Mail |
| RRERF CB SBL II-TX DHT, LLC<br>790 NW 107 Avenue, Suite 400<br>Miami, FL 33172 | Via U.S.P.S. – First Class Mail |
| Amron Professional<br>172 W. Robertson Street<br>San Benito, Texas 78586 | Via U.S.P.S. – First Class Mail |
| Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, Utah 84130 | Via U.S.P.S. – First Class Mail |
| EOS CCA<br>P.O. Box 981008<br>Boston, MA 02298 | Via U.S.P.S. – First Class Mail |
| MRE Financial Services, Inc.<br>3075 Imperial Highway, Suite 200<br>Brea, CA 92821 | Via U.S.P.S. – First Class Mail |

| | |
|---|---|
| PlainsCapital Bank<br>P.O. Box 660<br>Edinburg, Texas 78540 | Via U.S.P.S. – First Class Mail |
| TD Auto Finance<br>P.O. Box 9223<br>Farmington Hills, MI 48333 | Via U.S.P.S. – First Class Mail |
| Virtuoso SRC<br>4500 E. Cherry Creek South<br>Denver, CO 80246 | Via U.S.P.S. – First Class Mail |

And all creditors of notice.

   /s/  Jana Smith Whitworth
      Jana Smith Whitworth