Howard Marc Spector
TBA#00785023
SD #23274
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorjohnson.com

ATTORNEY FOR PROPEL FINANCIAL SERVICES, LLC, AS
AGENT AND ATTORNEY-IN-FACT FOR PFS TAX LIEN TRUST 2014-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Hector De La Rosa and** | § | **CASE NO. 15-70561** |
| **Terri De La Rosa** | § | |
| | § | |
| **Debtors** | § | |

PROPEL FINANCIAL SERVICES, LLC, AS AGENT
AND ATTORNEY-IN FACT FOR
PFS TAX LIEN TRUST 2014-1'S PAYOFF NOTICE
[RELATES TO DOCKET NO. 79]

PLEASE TAKE NOTICE that Propel Financial Services, LLC, as Agent and Attorney-in-Fact for PFS Tax Lien Trust 2014-1 ("Propel"), hereby files this Payoff Notice ("Payoff Notice") pursuant to that certain Order Pursuant to 11 U.S.C. §§ 105 and 363 Approving Procedures to Sell Certain Assets Free and Clear of Liens, Claims and Encumbrances Without Further Court Approval (the "Sale Order" [Docket No. 71]) and states:

1.      Propel is the holder of claims against the Debtors which are secured by tax liens collateralizing the Debtors' real property and improvements.  Propel has filed its two (2) proofs of claim (Claim Nos. 6 and 7) in this case reflecting the transfer of statutory tax liens to Propel which currently encumber the Debtors' real property and improvements located at 1501 Katie Street, Weslaco, Texas, 1500 E. 6th Street, Weslaco, Texas, 1504 6th Street, Weslaco, Texas, and 1202 Hacienda Del Sol, Weslaco, Texas.

2.      Pursuant to the Sale Order, the following are the payoff amounts for the debts represented by Claims Nos. 6 and 7, which are secured by the property located 1500 E. 6th Street, Weslaco, Texas (the "Subject Property") as of the estimated Closing Date on January 4, 2016 (including post-petition interest and other costs and fees relating to such claims and allowable under 11 U.S.C. § 506(b), but exclusive of attorney's fees):

|  | Claim No. 6 | Claim No. 7 |
|---|---|---|
| Payoff as of 11/18/2016 | $130,600.43 | $18,109.11 |
| Attorney's Fees as of 11/18/16 | $ 1,559.71 | $ 1,559.70 |
| Interest accrual from 11/19/2016 – 11/30/2016 | $ 597.48 | $ 71.89 |
| Less partial payoff recv'd 11/30/16 (from closing on 807 E. Washington property) | ($ 35,129.00) | ($ 4,871.00) |
| **Balance due as of 12/1/16 (payoff applied from 807 E. Washington closing)** | **$97,628.62** | **$14,869.70** |
| Interest accrual from 12/1/2016 – 1/4/2017 | $ 1,404.17 | $ 183.95 |
| Late Fee – Dec 2016 | $      91.45 | $      20.60 |
| Release of lien fee | $    104.00 | $    104.00 |
| **Total Payoff as of 1/4/17** | **$ 99,228.24** | **$15,178.25** |

3.      The amount of additional unpaid post-petition attorney's fees incurred by Propel since November 30, 2016 and allowable under 11 U.S.C. § 506(b) is $325.00.

4.      The amount of additional per diem on each claim from and after January 4, 2017 is as follows:

| Claim No. 6 | Claim No. 7 |
|---|---|
| $40.12 | $5.26 |

5.      Propel will not accept partial payment of Claim Nos. 6 and 7 and will not release

its lien on the Subject Property absent full payment of Claim No. 6 and Claim No. 7.  Propel reserves all rights under the Sale Order and applicable law with respect to same, including but not limited to its rights to oppose or consent to the use of cash collateral in accordance with 11 U.S.C. § 363.

6. Pursuant to the Sale Order, the Notice Parties (as defined in the Sale Order) shall have five (5) business days after the filing of this Payoff Notice to file any objection to the amounts contain in this Payoff Notice.  If no objection is filed, such amounts shall be fully and finally allowed without further application or Court approval.

Submitted on December 21, 2016.

Respectfully submitted,

By:   /s/ *Howard Marc Spector*
Howard Marc Spector
TBA #00785023
SD#23274

SPECTOR & JOHNSON, PLLC
Banner Place, Suite 1100
12770 Coit Road
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorjohnson.com

ATTORNEYS FOR PROPEL FINANCIAL SERVICES, LLC, AS AGENT AND ATTORNEY-IN-FACT FOR PFS TAX LIEN TRUST 201401

CERTIFICATE OF SERVICE

The undersigned certifies that on December 21, 2016, a copy of the foregoing document was served via electronic means to all parties receiving ECF notification in this case.

  /s/  *Howard Marc Spector*
Howard Marc Spector